**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

IN RE:                                         )
                                               )
BRANDON ALEXANDER FLEMING        )          Case No. 22−31753−KRH
                                               )          Chapter 7
                    Debtor                     )

**SECOND MOTION FOR EXTENSION OF TIME FOR**
**FILING LISTS, SCHEDULES, AND STATEMENTS**

COMES NOW the Debtor, by counsel, and files this Second Motion to extend the time

for the filing of Debtor's Lists, Schedules and Statements, and in support hereof states as

follows:

1.      The Debtor filed the Chapter 7 petition herein on June 30, 2022.

2.      Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, the Debtor's Lists,

Schedules, Statements, and Chapter 13 Plan and Related Motions are due on July 19, 2022.

3.      The Debtor needs additional time to provide counsel with the necessary

information to complete Debtor's Lists, Schedules and Statements.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order extending

the time for the filing of Debtor's Lists, Schedules, and Statements.

Respectfully submitted,

BRANDON ALEXANDER FLEMING
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I certify that on July 19, 2022, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDON ALEXANDER FLEMING | ) | Case No. 22−31753−KRH |
| | ) | Chapter 7 |
| Debtor | ) | |

**NOTICE OF MOTION AND HEARING**

The above Debtor has filed a Second Motion to extend the time for the filing of Lists, Schedules, and Statements.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street
> Richmond, VA  23219

You must also mail a copy to:

> James E. Kane, Esquire
> Kane & Papa, P.C.
> 1313 East Cary Street
> Richmond, Virginia  23219

- Attend a hearing scheduled for **August 17, 2022 at 12:00 p.m. at 701 E. Broad Street, Room 5000, Richmond, VA  23219**.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

3

- **REMOTE HEARING INFORMATION**:

  Due to the COVID−19 public health emergency, no in-person hearings are being held.

  This hearing will take place remotely through Zoom on the date and time scheduled herein.

  To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.uscourts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

  ***The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.

  *** PLEASE NOTE: You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.**

       If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.


                                        Respectfully submitted,

                                        BRANDON ALEXANDER FLEMING
                                        By Counsel


/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I certify that on July 19, 2022, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
Counsel for Debtor

Jefferson Capital Systems LLC
c/o Eamonn Foster
Po Box 7999
Saint Cloud, MN 56302


Online Collections
Attn: Bankruptcy
Po Box 1489
Winterville, NC 28590


Receivable Management Inc
7206 Hull Road
Suite 211
Richmond, VA 23235